IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

FILED
JUL 1 2 2018
Clerk, U.S District Court
District Of Montana
Great Falls

| UNITED STATES OF AMERICA | Citation Number: 6428881, M12 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHRISTIAN R. BELLO | |
| Defendant. | |

Upon motion of the United States and for good cause shown,

IT IS HEREBY ORDERED that the Mandatory Appearance by Defendant in the above case is VACATED. In addition, the collateral for the above citation is SET at the amount of $100, in addition to the mandatory $30 processing fee.

DONE AND DATED this 12 day of July, 2018.

HONORABLE JOHN T. JOHNSTON
UNITED STATES MAGISTRATE JUDGE